# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

## PRISONER COMPLAINT
## [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

Johnny Lee Crooker
Name under which you were convicted

Reg. No. 16718-003
Your prison number

CIVIL ACTION NO. 18 CV-462-KD-N
(To be supplied by Clerk of Court)

vs.

1) City of Mobile Police Department  &  2) West's Towing
Name of Defendant(s)

U.S.P. ATLANTA, P.O. Box 150160   ATLANTA, GA. 30315
Place of Confinement and Address

### INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>. You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury.</u>

B. <u>Proper Court</u>. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The First defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

Rev. 8/1/15

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
   Yes ( )    No (X)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:
   Yes ( )    No (X)

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

   1. Parties to this previous lawsuit:

   Plaintiffs: _____N/A_____

   Defendants: _____N/A_____

   2. Court (if federal court, name the district; if state court, name the county): __N/A__

   3. Docket Number: __N/A__

   4. Were you granted the opportunity to proceed without payment of filing fees?
   Yes ( )   No ( )

   5. Name of judge to whom the case was assigned: __N/A__

   6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

   _____N/A_____

   7. Approximate date of filing lawsuit: __N/A__

   8. Approximate date of ruling by court: __N/A__

3

## II. YOUR PRESENT COMPLAINT.

In custody of Mobile Police Dept.

A. Place or institution where action complained of occurred: (In rear seat of Police Cruiser)

B. Date it occurred: January 17, 2017

C. Is there a prisoner grievance procedure in this institution? None applicable to this complaint.

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( )    No (X)

E. If your answer is YES:

   1. What steps did you take? _____

   2. What was the result? _____

F. If your answer is NO, explain why not: Not applicable to this complaint.

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

On the day in question I was involved in a traffic stop and subsequently arrested. I was placed in the rear of the police vehicle awaiting transport when a tow truck (West's Towing) arrived for the removal of my Truck and 16' utility trailer. The driver of said tow truck attempted to drive my vehicle onto his roll-back wrecker without disengaging the trailer attached thereto. Due to this negligence and inattention, the truck became dislodged from the ramp of his tow vehicle by the extreme weight of the trailer attached, and as the driver had neglected to attach any cables to the truck prior to his action, the truck and trailer were propelled backward at high velocity and collided with the Police vehicle in which I was a bound passenger. Damage to both the Police Vehicle and trailer resulted and Medics were called to the scene before I was transferred to another vehicle. Injuries were not properly diagnosed.

### III. PARTIES.

A. <u>Plaintiff</u> (Your name/AIS): Johnny Lee Crooker

    Your present address: U.S.P. ATLANTA, P.O. Box 150160 ATLANTA, GA. 30315

B. <u>Defendant(s)</u>:

1. Defendant (full name) Unknown Person is employed as Police Officer at Mobile Police Dept.

    His/her present address is 2460 Government. Blvd. Mobile AL. 36606.

    (a) Claim against this defendant: Negligence resulting in injury.

    (b) Supporting facts (Include date/location of incident):

    Shell Truck-Stop on the corner of Range line and Ben Hamilton Rd. Incident occurred on the 17th day of January, 2017

2. Defendant (full name) Unknown Person is employed as Tow truck operator at West's Towing-Lockout.

    His/her present address is 6874 Dolphin Island Parkway Mobile, AL. 36605   Phone#257-443-5383.

    (a) Claim against this defendant: Negligence resulting in injury.

    (b) Supporting facts (Include date/location of incident):

    Shell Truck-Stop on the corner of Range line and Ben Hamilton Rd. Incident occurred on the 17th day of January, 2017

3. Defendant (full name) _____ is employed as _____ at _____.

    His/her present address is _____.

(a) Claim against this defendant: _____
_____.

(b) Supporting facts (Include date/location of incident):

_____

_____

_____

C. <u>Additional Defendants</u>: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A. You must answer the following questions:

    1. State the conviction(s) for which you are presently incarcerated: <u>18:842I.F/Felon in Possession of Explosives</u>.

    2. When were you convicted? <u>August 17, 2017</u>

    3. What is the term of your sentence? <u>33 months with 3yr. Probation</u>

    4. When did you start serving this sentence? <u>January 17, 2017</u>

    5. Do you have any other convictions which form the basis of a future sentence?
        Yes (X)    No ( )

If so, complete the following:

(a) Date of conviction: <u>May 30, 2012</u>

(b) Term of sentence: <u>5 years</u>

    6. What is your expected end of sentence (E.O.S.) date? <u>2019</u>

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no( ) | yes( ) no( ) |
| Expunged | yes( ) no( ) | yes( ) no( ) |
| Invalidated | yes( ) no( ) | yes( ) no( ) |

6

  Writ of habeas  yes( ) no( )  yes( ) no( )
   corpus granted

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _____

_____

V. State <u>briefly</u> exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

 <u>To award monetary damages for pain, suffering, distress (Injury),</u>
  <u>court costs, etc.</u>_____

VI. <u>AFFIRMATION</u>. By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

<u>10-24-2018</u>
Date

         _____
         (Signature of Plaintiff Under Penalty of Perjury)

         <u>U.S.P. ATLANTA</u>
         Current Mailing Address

         <u>P.O. Box 150160  Atlanta, GA. 30315</u>

         <u>404-635-5290</u>
         Telephone Number

<u>PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.</u>

Johnny Lee Crooker [16718-003]
U.S.P. ATLANTA
P.O. Box 150160
ATLANTA, GA. 30315

**Attn.** Charles R. Diard, **Clerk of Court**
UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT COURT OF ALABAMA
c/o U.S. Courthouse 113 St. Joseph Street
Mobile, AL. 36602-3621

LEGAL MAIL, PRIVILEGED