IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY LEE CROOKER, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 18-00462-KD-N |
| CITY OF MOBILE POLICE DEPARTMENT, et al, | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and no objections having been filed, the Report and Recommendation of the Magistrate Judge (doc. 12) made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this court. It is ORDERED that this action is DISMISSED without prejudice prior to service for failure to state a claim upon which relief can be granted.

It is further ORDERED that Plaintiff's claims are dismissed without prejudice because he failed to comply with this Court's orders. Specifically, Plaintiff was ordered to "advise the Court immediately of a change in address, e.g., when Plaintiff is transferred, released, etc., or suffer a recommendation of dismissal of this action for failure to prosecute and to obey the Court's order." (Doc. 3, p. 3).

Plaintiff failed to comply with the order. The Report and Recommendation was mailed to Plaintiff at U.S.P. Atlanta, in Atlanta, Georgia. The mail was returned marked "Return to Sender" "Unable to Forward" (doc. 13). The Federal Bureau of Prisons Inmate Locator service shows that Plaintiff was released May 31, 2019. To date, he has not provided a change of address.

DONE this 29th day of July 2019.

                                            s/ Kristi K. DuBose
                                            KRISTI K. DuBOSE
                                            CHIEF UNITED STATES DISTRICT JUDGE